# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SYREETA FIELDER,

    Plaintiff,

v.                                                          Case No. 12-cv-13686
                                                           Honorable Denise Page Hood

MOTORCITY, an assumed name of DETROIT
ENTERTAINMENT, L.L.C.,

    Defendant.

_____/

## **JUDGMENT**

    This action having come before the Court and the Court having issued an order dismissing the case this date,

    Accordingly,

    Judgment is entered in favor of Defendant and against Plaintiff.

                                                          DAVID J. WEAVER
                                                          CLERK OF COURT

Approved:                                            By: s/LaShawn R. Saulsberry
                                                                 Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 22, 2013

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 22, 2013, by electronic and/or ordinary mail.

                                                            S/LaShawn R. Saulsberry
                                                           Case Manager